ROBERT O. DUNNING *vs.* GEORGE B. STAPLES.

Androscoggin.    Opinion March 3, 1890.

*Verdict.    New trial.    Evidence.*

When the evidence is conflicting, and its weight to a great extent depends upon the credibility of the witnesses, and it is difficult to determine on which side it preponderates, a verdict will not be disturbed.

ON MOTION.

*Swasey and Briggs*, for defendant.

*I. and H. A. Randall*, for plaintiff.

WALTON, J.    When a verdict is clearly against the weight of evidence, it is the duty of the court to set it aside and grant a new trial; but when the evidence is conflicting, and its weight to a great extent depends upon the credibility of the witnesses, and it is difficult to determine on which side it preponderates, the finding of the jury will not be disturbed; the parties must abide by the result.

In this case, the evidence is conflicting.    It is an action to recover for poplar wood sold by the plaintiff to the defendant.

The plaintiff's evidence tends to show that the quantity was ninety-six cords; that the quality was good; and that the defendant agreed to pay $3 a cord for it. The defendant's evidence tends to show that the quantity was very much less than ninety-six cords; that the quality was inferior; and much of it not worth more than $1 a cord. The jury returned a verdict for the plaintiff for $235.22. This was considerable less than the amount claimed by the plaintiff. And a careful examination of the evidence fails to satisfy the court that the verdict is wrong, or that the amount is excessive. We think the parties must abide by the result; and that the motion for a new trial must be overruled, and judgment entered on the verdict.

*Motion overruled.*
*Judgment on the verdict.*

PETERS, C. J., VIRGIN, EMERY, FOSTER and HASKELL, JJ., concurred.